UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00064

**Johnifer Ray Mumphrey,**
*Plaintiff,*
v.
**Kay Newbill,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Mumphrey filed this lawsuit on February 25, 2019. Doc. 1. Pursuant to 28 U.S.C. § 636(b)(1) and (3), the case was referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 3. On January 30, 2020, Judge Mitchell issued a report and recommendation that the action be dismissed with prejudice for the purpose of proceeding *in forma pauperis* on the ground that it is frivolous and for failure to state a claim. Doc. 16. Mumphrey received a copy of the report and recommendation on February 4, 2020. Doc. 17. He has not objected to it.

Once served with a copy of a magistrate judge's report and recommendation, a party has 14 days to file any objections. Fed. R. Civ. P. 72(b)(2). When no party objects to the report and recommendation, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). Here, there is no clear error on the face of the record. Thus, the report and recommendation is **adopted**.

This action is **dismissed with prejudice** for the purpose of proceeding *in forma pauperis* on the ground that it is frivolous and for failure to state a claim. Any outstanding motions are

**denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on March 27, 2020.*

J. CAMPBELL BARKER
United States District Judge